Richard M. Williams, State Bar No.
GRAY • DUFFY, LLP
702 Marshall St., Suite 600
Redwood City, California 94063
Telephone: (650) 365-7343
Facsimile: (650) 365-6225
Email: rwilliams@grayduffylaw.com

Attorneys for Defendants, ZOLL MEDICAL
CORPORATION and ZOLL DATA SYSTEMS,
INC.;. erroneously named as PINPOINT
TECHNOLOGIES, INC. and ZOLL DATA
MANAGEMENT

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| PROTRANSPORT-1, LLC,<br><br>Plaintiff(s),<br><br>vs.<br><br>ZOLL MEDICAL CORPORATION,<br><br>Defendant(s).<br><br>AND RELATED COUNTERCLAIM. | Civil No. C 10-03883 JL<br><br>ASSIGNED FOR ALL PURPOSES TO:<br>Judge James Larson<br>415<br><br>**NOTICE OF DISMISSAL OF COUNTERCLAIMS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(c) and [PROPOSED] ORDER**<br><br>TRIAL DATE: NONE SET |

PLEASE TAKE NOTICE that the Counterclaims brought by Defendant and Counterclaimant ZOLL DATA SYSTEMS, INC. are hereby dismissed by Counterclaimant in their entirety as and against Plaintiff and Counterdefendant PROTRANSPORT-1, LLC.

F.R.Civ.P.41(c):

> "Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial."

///

| | |
|---|---|
| DATED: January 31, 2011 | GRAY • DUFFY, LLP |
| | By: /s/ Richard M. Williams |
| | RICHARD M. WILLIAMS<br>Attorneys for Defendants<br>ZOLL MEDICAL CORPORATION AND ZOLL DATA SYSTEMS, INC.;<br>erroneously named as PINPOINT TECHNOLOGIES, INC. and ZOLL DATA MANAGEMENT |

## ORDER

IT IS HEREBY ORDERED that the Counterclaims of Defendant and Counterclaimant ZOLL DATA SYSTEMS, INC. against Plaintiff and Counterdefendant PROTRANSPORT-1, LLC are hereby dismissed.

Dated: February 2, 2011.

_/s/ James Larson_
HONORABLE JAMES LARSEN
JUDGE OF THE U.S. DISTRICT COURT