DANIEL F. CROWLEY, ESQ. (State Bar No. 130261)
SCOTT P. BRUST, ESQ. (State Bar No. 215951)
DANIEL CROWLEY & ASSOCIATES
37 Old Courthouse Square, Suite 200
Santa Rosa, California 95404
Telephone: (707) 525-8999
Facsimile: (707) 542-4752

Attorneys for Plaintiff
PROTRANSPORT-1, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| PROTRANSPORT-1, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ZOLL MEDICAL CORPORATION; ZOLL DATA SYSTEMS, INC.; ZOLL DATA MANAGEMENT; PINPOINT TECHNOLOGIES, INC., et al.,<br><br>    Defendants. | CASE NO.: C 10-03883 JL<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL OF CLAIMS**<br><br>[FRCP 41(a)(2)]<br><br>[~~PROPOSED~~] ORDER |

PLEASE TAKE NOTICE that Plaintiff PROTRANSPORT-1, LLC hereby dismisses its claim in its entirety as to Defendants ZOLL MEDICAL CORPORATION and ZOLL DATA SYSTEMS, INC.

FRCP 41(a)(2) states as follows:

> Except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper. If a defendant has pleaded a counterclaim before being served with the plaintiff's motion to dismiss, the action may be dismissed over the defendant's objection only if the counterclaim can remain pending for independent adjudication. Unless the order states otherwise, a dismissal under this paragraph (2) is without prejudice.

Dated: February 7, 2011

DANIEL CROWLEY & ASSOCIATES

By: /s/ Scott P. Brust
SCOTT P. BRUST, ESQ.
Attorneys for Plaintiff
PROTRANSPORT-1, LLC

## ORDER

IT IS HEREBY ORDERED that the claims of Plaintiff PROTRANSPORT-1, LLC hereby dismisses its claim in its entirety as to Defendants ZOLL MEDICAL CORPORATION and ZOLL DATA SYSTEMS, INC. are hereby dismissed.

Dated: February 8, 2011

By: /s/ James Larson
Hon. James Larson
JUDGE OF THE U.S. DISTRICT COURT